October 1, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

IRENE TILLMAN, Appellant,

NO. 14-12-01169-CV                    V.

MEMORIAL HERMANN HOSPITAL SYSTEM D/B/A MEMORIAL
HERMANN SOUTHWEST HOSPITAL, Appellee.

_____

This cause, an appeal from the judgment in favor of appellee, Memorial Hermann Hospital System d/b/a Memorial Hermann Southwest Hospital, signed December 14, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Irene Tillman, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.